Hugo N. Gerstl, CSB #037927
GERSTL & HUDSON
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 649-0669
Facsimile: (831) 649-8007
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| AMANDA REHN,              Plaintiff,<br><br>vs.<br><br>JEFF VIERRA and KEVEN CLANCY, etc., et al.<br>Defendants. | CASE NO. 5:15cv-04203 EJD<br>**ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT KEVEN CLANCY AND WITHOUT PREJUDICE AS TO OTHER DEFENDANTS** |

The Plaintiff having requested dismissal with prejudice as to Defendant KEVEN CLANCY individually, dismissal <u>without</u> prejudice as to all other defendants, with each side to pay his, her, its, or their own attorneys' fees and costs, and Defendants having stipulated thereto, GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that this case is dismissed with prejudice as to Defendant KEVEN CLANCY individually, and dismissed <u>without</u> prejudice as to all other defendants, with each side to pay his, her, its, or their own attorneys' fees and costs  The Clerk shall close this file.

Dated: 2/9/2016

_____
UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA

**Gerstl & Hudson
Attorneys at law
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-0669
Facsimile: 831-649-8007
E-mail: Hugo@gerstlandhudson.com**

1